GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2022 JUN 22 PM 6:22
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01369 TUC-JAS(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>David Mark Frank<br>Counts 1, 2, 3, 5<br><br>Karmen Kay Hitshew<br>Counts 1, 4, 5, 6<br><br>    Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Possession of Firearm and Ammunition by Convicted Felon)<br>Counts 1, 4, 5, 6<br><br>18 U.S.C. §§ 922(o) and 924(a)(2)<br>(Possession of Machinegun)<br>Count 2<br><br>26 U.S.C. §§ 5841, 5845(a)(6), (a)(7), & (b), 5861(d), and 5871; 18 U.S.C. § 921(a)(3)(C)<br>(Possession of Unregistered Firearms)<br>Count 3 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about December 24, 2019, in the District of Arizona, Defendants DAVID MARK FRANK and KARMEN KAY HITSHEW, knowingly having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, a Spikes Tactical model ST15 5.7x28mm caliber AR-type firearm and 49 rounds of 5.7x28mm caliber ammunition; said firearm and ammunition being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On about December 24, 2019, in the District of Arizona, Defendant DAVID MARK FRANK did knowingly possess a machinegun; that is, a Spikes Tactical model ST15 5.7x28mm caliber AR-type firearm.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

On about December 24, 2019, in the District of Arizona, Defendant DAVID MARK FRANK did knowingly possess firearms as defined in Title 26, United States Code, Section 5845; specifically, a machinegun as defined in Title 26, United States Code, Section 5845(a)(6) and (b): a Spikes Tactical model ST15 5.7x28mm caliber AR-type firearm; and a silencer as defined in Title 26, United States Code, Section 5845(a)(7) and Title 18, United States Code, Section 921(a)(3)(C): a metal cylindrical firearm silencer with no manufacturer's markings; not registered to Defendant DAVID MARK FRANK in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 4

On or about February 14, 2020, in the District of Arizona, Defendant KARMEN KAY HITSHEW, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, that is, a Jimenez Arms model JA22 .22 caliber pistol, a North American Arms model NAA22 .22 caliber pistol, and 36 rounds of .22 caliber ammunition; said firearms and ammunition being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5

On or about March 5, 2020, in the District of Arizona, Defendant DAVID MARK FRANK and KARMEN KAY HITSHEW, knowingly having been previously convicted

of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, a HiPoint model CF380 .380 ACP caliber pistol and 100 shotshell primers; said firearm and ammunition being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 6

On or about March 6, 2020, in the District of Arizona, Defendant KARMEN KAY HITSHEW, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, a Taurus model 4510 .45 Long Colt/.410 gauge revolver and one .410 gauge shotgun shell; said firearm and ammunition being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: June 22, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney